IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE CINCINNATI INSURANCE COMPANY,
an CIC Corporation                                                                                    PLAINTIFF

v.                              CASE NO. 5:13-CV-05148

RICHLAND COMMERCIAL MASONRY COMPANY,
INC.; STEVE A. STRICKLAND; LINDA STRICKLAND;
RICHARD V. HERRERA, JR.; KATHERINE D. HERRARA                      DEFENDANTS

## AGREED JUDGMENT ORDER

Now on this 29th day of April, 2014, the above-referenced matter comes before the Court pursuant to the joint stipulation of The Cincinnati Insurance Company, Richland Commercial Masonry Company, Inc., Steve A. Strickland, Linda Strickland, Richard V. Herrera Jr., Katherine D. Herrera (hereinafter the "Parties"). The Court, being fully advised and with due notice provided to all parties, FINDS AND THEREBY ORDERS THAT:

1. The Parties have stipulated to certain facts and to the entry of a judgment. A copy of the stipulation is incorporated herein.

2. Judgment is entered in favor of Plaintiff The Cincinnati Insurance Company ("CIC") and against Defendants Richland Commercial Masonry Company, Inc., Steve A. Strickland, Linda Strickland, Richard V. Herrera Jr., Katherine D. Herrera, jointly and severally, in the amount of $440,724.63.

3. Interest at the statutory rate of 10% per annum will be applied to the unpaid judgment, plus CIC's reasonable attorneys' fees, costs and expenses in collecting said amounts under the judgment.

IT IS SO ORDERED on this 30th day of April, 2014.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE